**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darnell Michael NORTON, also known as Dino, Defendant–Appellant.**

**No. 15–3927**

United States Court of Appeals,
Eighth Circuit.

Submitted: October 4, 2016

Filed: October 7, 2016

Shawn Wehde, U.S. Attorney's Office, Sioux City, IA.

Darnell Michael Norton, Lewisburg, PA, Pro se.

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Darnell Michael Norton appeals after the district court[1] denied his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

The district court did not abuse its discretion in denying a sentence reduction, as it adequately examined the sentencing factors and public safety concerns, and ex-

---

[1]. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

plained its reasoning. *See United States v. Long,* 757 F.3d 762, 763 (8th Cir. 2014) (abuse-of-discretion review of discretionary decision whether to grant authorized § 3582(c)(2) modification); *see also United States v. Curry,* 584 F.3d 1102, 1103–05 (8th Cir. 2009) (district court did not abuse its discretion in declining to reduce defendant's sentence under § 3582(c)(2) due to defendant's criminal history).

The judgment is affirmed and counsel's motion to withdraw is granted.